UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDWARD DANE JEFFUS,

    Petitioner,

v.                                                          Case No. 6:11-cv-1791-Orl-19GJK

SECRETARY, DEPARTMENT
 OF CORRECTIONS, et al.,

    Respondents.

## ORDER

This case is before the Court on the following motions:

1.     Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 17, filed January 3, 2012) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2.     Petitioner's Request for a Certificate of Appealability (Doc. No. 15, filed January 3, 2012) is **DENIED**. This Court should grant an application for certificate of appealability only if Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial

showing of the denial of a constitutional right.

      **DONE AND ORDERED** in Orlando, Florida, this  12th   day of January, 2012.

*[Signature: Patricia C. Fawsett]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
OrlP-2 1/12
Counsel of Record
Edward Dane Jeffus